IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DNCW 1:17CR11-2

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) |
| DAVID JAMES LITTLEJOHN,<br>a/k/a David Littlejohn, | )<br>) ORDER<br>) |
| and | )<br>) |
| EASTERN BAND OF CHEROKEE INDIANS,<br>Garnishee. | )<br>)<br>)<br>) |

This matter is before the Court on the Government's Motion for Dismissal of Continuing Garnishment (# 77). The Government seeks an order of dismissal of the Order of Continuing Garnishment filed on June 13, 2018 (# 75) against Defendant David James Littlejohn because the assessment, fine and/or restitution to the Government has been satisfied.

This, the 13th day of September, 2018.

_____
The Honorable Dennis Howell
United States Magistrate Judge